IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:06CR176 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DOUGLAS C. JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court *sua sponte.*

The court has previously ordered defendant, Douglas C. Johnson, to pay restitution as part of the sentence in this matter.  **See** Filing No. 14.  Claims for such restitution were to be provided to the U.S. Probation Office for the District of Nebraska or the United States Attorney for the District of Nebraska by December 31, 2006.  In order to insure all potential victims have a full opportunity to submit and complete such claims, the claim period is extended **through February 1, 2007.**

Thereafter, **on or before February 14, 2007**, the U.S. Attorney shall prepare and file a Proposed Restitution List utilizing the combined claims submitted to the U.S. Attorney and to the U.S. Probation Office listing the name, address, and amount for each claimant for any loss sustained during the period of January 1, 2002 through December 31, 2005, as part of the conspiracy alleged in the Information (Filing No. 5).  Since victims' addresses will be listed on such list, the Proposed Restitution List shall be filed under seal with the Clerk of the Court with access to such list being made to counsel for the government, counsel for the defendant, and the U.S. Probation Office.  Defendant shall have **to on or before February 23, 2007**, in which to file any objection to any of the claims set forth on the Proposed Restitution List.

If the Defendant does not file any objections to the Proposed Restitution List, the court shall enter a final order of restitution as part of the sentence in this matter.

If the Defendant files any objection to the Proposed Restitution List, the government shall have **to on or before March 2, 2007**, in which to respond.  Thereafter, Magistrate

Judge Thomas D. Thalken shall hold a hearing **at 9:00 a.m. on March 7, 2007**, in Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, for the purpose of resolving such disputes.  Following such hearing, Magistrate Judge Thalken shall file a Report and Recommendation with regard to the final order of restitution which should be entered in this matter.

**IT IS SO ORDERED.**

DATED this 19th day of January, 2007.

BY THE COURT:

s/ Joseph F. Bataillonh
United States District Judge