# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:06CR176 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| DOUGLAS C. JOHNSON, ) | |
| ) | |
| Defendant. ) | |

I find that the above-named defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act (CJA), 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

**IT IS ORDERED:**

Alan J. Stoler, 1823 Harney Street, Suite 1004, Omaha, NE 68102, (402) 346-1733, is appointed as CJA counsel to represent Douglas C. Johnson in this matter.

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska.

DATED this 23rd day of January, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge