### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:06CR176** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **DOUGLAS C. JOHNSON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court *sua sponte*.

Due to scheduling conflicts of counsel, the restitution hearing in this matter previously scheduled for 9:00 a.m. on March 7, 2007, is continued to **10:15 a.m. on March 15, 2007**, in Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  The defendant may participate by telephone conference only.  Counsel for Johnson shall file a notice of Johnson's election to participate or not **on or before *March 9, 2007***, and shall notify the courtroom deputy to make such arrangements as are necessary for Johnson to participate by telephone conference if requested.

**IT IS SO ORDERED.**

DATED this 23rd day of February, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge