IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:06CR176 |
| DOUGLAS C. JOHNSON, | ) ) | ORDER |
| Defendant. | ) ) | |

The defendant's oral motion to continue is granted.

**IT IS ORDERED** that the restitution hearing is continued to **April 3, 2007,** at **2:00 p.m.** before Magistrate Judge Thomas D. Thalken, Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant will not participate in the hearing as he has not elected to participate by conference call.

DATED this 14th day of March, 2007.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge