IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:06CR176 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| DOUGLAS C. JOHNSON, ) | |
| ) | |
| Defendant. ) | |

Before the court is the Report and Recommendation ("R&R) of United States Magistrate Judge Thomas D. Thalken, Filing No. 32. No objection has been filed to the R&R. Pursuant to NECrimR 57.3 and 28 U.S.C. § 636(b)(1)(C), the court has conducted a de novo review of the record and adopts the R&R in its entirety.

THEREFORE, IT IS HEREBY ORDERED that:

1. The R&R, Filing No. 32, is adopted in its entirety.

2. The defendant's Objection to Proposed Restitution List (Filing No. 23) is sustained, in part, and overruled, in part, and restitution is hereby ordered in the amount of $525, 612.74 pursuant to the R&R.

DATED this 16th day of July, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge