IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:06cr176 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DOUGLAS JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the Motion to Amend Victim Restitution Information, (Filing No. 67).  Accordingly,

IT IS ORDERED that the Motion to Amend Victim Restitution Information (Filing No. 67) is granted.  The Clerk of Court is hereby ordered to pay the victim, Sheila Howe, in her name only, the amount of $30,000.

DATED this 17th day of August, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge