IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:06CR176 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| DOUGLAS C. JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion for a continuance of his hearing and for time to procure and examine documents/exhibits currently in the possession of the Clerk of Court. Filing Nos. 70 and 71. The court previously set a hearing in this case for December 17, 2009, at 1:30 p.m. Based on defendant's request, the court will grant both motions.

IT IS ORDERED:

1. Defendant's motion to review exhibits is granted as follows:

    a. After conferring with the United States Marshal's Office, counsel for defendant will determine a date that both he and the defendant can be at the Roman Hruska Federal Courthouse and review the documents in this case;

    b. The United States Marshal's Office is hereby ordered to transport the defendant to and from the jail to the Roman Hruska Federal Courthouse to permit counsel and the defendant to review documents in this case and to provide a secure room for such review;

    c. Counsel for the defendant will insure that no copies are made of the documents without prior permission from the court.

    d. Counsel for the defendant will insure that no Social Security numbers, addresses, dates of birth, account numbers, or other identifying information precluded from dissemination pursuant to the E-Government Act is copied during the review of the documents.

    e. Within 5 days of review of the documents, counsel for the defendant shall contact the court and reschedule the hearing previously scheduled on December 17, 2009.

2.  Defendant's motion to continue the December 17, 2009, hearing, Filing No. 71, is granted.

DATED this 11th day of December, 2009.

BY THE COURT:


s/ Joseph F. Bataillon
Chief District Judge