IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>DOUGLAS C. JOHNSON,<br><br>               Defendant. | **8:06CR176**<br><br>**ORDER** |

Before the court is Sue Ann Saltarelli letter/motion requesting that future restitution payments to her and her ex-husband, Steven Spring, be split—one half payable and mailed directly to Sue Ann Saltarelli, and the other half payable and mailed directly to Steven Spring. At this court's direction, the U.S. Probation Office for Nebraska has researched and verified that both parties are agreeable to this request and it does not conflict with their divorce settlement. Accordingly,

IT IS ORDERED that the clerk of court shall divide future restitution payments to Sue Ann Saltarelli and Steven Spring, paying one half to Sue Ann Saltarelli at her address of record, and the remaining half to Steven Spring at his address of record.

DATED: July 3, 2013

                                          BY THE COURT:

                                          s/ Joseph F. Bataillon
                                          United States District Judge